| | |
|---|---|
| Kathryn J. Halford (State Bar No.68141)<br>Krista Taylor (State Bar No. 254256)<br>WOHLNER KAPLON PHILLIPS<br>YOUNG & CUTLER<br>A Professional Corporation<br>15456 Ventura Boulevard, Suite 500<br>Sherman Oaks, California 91403<br>Telephone: (818) 501-8030<br>Fax: (818) 501-5306<br>kjhalford@wkpyc.com<br>ktaylor@wkpyc.com | JS - 6<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division)**

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>            Plaintiffs,<br><br>v.<br><br>TANNIN PRODUCTIONS, INC.,<br>a suspended California corporation,<br><br>            Defendant. | CASE NO. CV-08-05186 JFW (JWJx)<br><br>Hon. John F. Walter<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. P. 55(b)(2)]<br><br><br><br>Date: ~~December 15, 2008~~ [hrg vacated]<br>Time: 1:30 p.m.<br>Courtroom: 16 |

The above-entitled matter came before the Honorable John F. Walter, Judge presiding in Courtroom 16 of the above-entitled Court, pursuant to the Motion of Plaintiffs, the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan, to enter Default Judgment.  The Court found that this matter was

appropriate for decision without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15. The Court having considered said Motion, and all other papers filed in this matter, and good cause appearing therein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan shall have judgment against Defendant Tannin Productions, Inc., a suspended California corporation, as follows:

1. Defendant Tannin Productions, Inc. is hereby ordered to:

    A. Make available to the Plans all of the books and records concerning the classification of the employees of Defendant, their names, social security numbers, the amount of wages paid to each, and the hours worked, including, but not limited to, Individual Time Cards and/or start slips; Individual payroll ledger; Quarterly returns filed with each state in which work was performed or filed with any other state agency; Accounts Payable/Cash Disbursement Journals (or cancelled checks in lieu thereof); Quarterly returns filed with the Federal Government (Form 941); Cash Disbursement Journal; Cancelled checks and the check stub register; Invoices and backup for Cash Disbursement Journal, cancelled checks and the check stub register; Forms W-2 and W-3; Forms 1096 and 1099; Workers' compensation carrier reports; General Ledger; Accounts Receivables and such other records as may be necessary in the opinion of the Plans' auditor, and any other records or information that the Plans require to examine for the period of May 8, 2007 to date.

    B. Afford to the Plans both ample time and opportunity to examine all of the Defendant's materials specified above, without harassment, at such time and at such place as shall be convenient to the authorized representative of the Plans.

2. That in the event Defendant cannot produce all of the records which the Plans are required to examine, Defendant is ordered to participate in record reconstruction where Defendant shall have 14 days to:

    A. Apply to the Federal and State agencies with which Defendant previously filed

1 periodic reports pertaining to employees for copies of the Defendant's reports to them for all of the
2 periods for which Defendant cannot produce records; and
3       B.     Subsequently make available to the Plans all such copies of Defendant's
4 periodic reports to the Federal and State agencies under the conditions set forth in 1(B) above.
5     Defendant is further ordered to pay to Plaintiffs:
6     3.    ~~$ 5,080.00~~ $4,280.00 for reasonable attorneys' fees incurred in prosecuting this
7 action; and
8     4.    $ 537.69 for costs of suit.

DATED: December 9, 2008

                                    Hon. John F. Walter
                                    UNITED STATES DISTRICT JUDGE