| | |
|---|---|
| 1 | Kathryn J. Halford (State Bar No.68141) |
| 2 | Email: kjhalford@wkpyc.com<br>Sally S. Frontman (State Bar No. 227735) |
| 3 | Email: sfrontman@wkpyc.com<br>WOHLNER KAPLON PHILLIPS |
| 4 | YOUNG & CUTLER<br>A Professional Corporation |
| 5 | 15456 Ventura Boulevard, Suite 500<br>Sherman Oaks, California 91403 |
| 6 | Telephone: (818) 501-8030<br>Fax: (818) 501-5306 |

**NOTE: CHANGES MADE BY THE COURT**

Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**(Western Division)**

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>TANNIN PRODUCTIONS, INC., a suspended California corporation,<br><br>Defendant. | CASE NO. CV 08-05186 JFW (PLAx)<br><br>Hon. John F. Walter<br><br>**COURT ORDER TO SHOW CAUSE RE CONTEMPT OF JACQUES THELMAQUE**<br><br>[18 U.S.C. § 401(3)]<br><br>Hearing date: May 24, 2010<br>Time: 1:30 p.m.<br>Courtroom: 16 |

TO: JACQUES THELMAQUE, President of TANNIN PRODUCTIONS, INC., a suspended California corporation:

YOU ARE HEREBY ORDERED to appear to answer and show why JACQUES THELMAQUE should not be held in civil contempt for: (1) The disobedience of the Court's September 29, 2009 and November 24, 2009 Orders For Appearance and Examination of JACQUES THELMAQUE, as President of defendant and judgment debtor corporation,

1  TANNIN PRODUCTIONS, INC., a suspended California corporation, personally served upon
2  him on October 3, 2009 and December 3, 2009 respectively, requiring him to appear and give
3  testimony on November 10, 2009 and December 15, 2009 and (2) disobedience of Civil
4  Subpoenas also personally served upon him on October 3, 2009 and December 3, 2009, requiring
5  him to produce records and give testimony on November 10, 2009 and December 15, 2009
6  respectively.
7      The hearing on the Order to Show Cause shall take place before District Court Judge,
8  The Honorable John F. Walter, on the **24th day of May 2010 at 1:30 p.m., in Courtroom 16** of
9  the court located at 312 North Spring Street, Los Angeles, California 90012.  If Jacques
10 Thelmaque objects to being held in civil contempt, he shall file a legal memorandum of points
11 and authorities containing his objections, no later than **May 14, 2010** and judgment creditors
12 may file a response or memorandum supporting contempt not later than  **May 18, 2010.**
13 Judgment Creditors in this action shall promptly personally serve this Order on Jacques
14 Thelmaque **and file a proof of service by May 14, 2010.**

16 Dated: May 5, 2010  _____
17                         HON. JOHN F. WALTER
18                         U. S. DISTRICT COURT JUDGE
                        UNITED STATES DISTRICT COURT
19                         CENTRAL DISTRICT OF CALIFORNIA