1  Kathryn J. Halford (CA Bar No. 68141)
   Email: khalford@wkclegal.com
2  Elizabeth Rosenfeld (CA Bar No. 106571)
   Email: erosenfeld@wkclegal.com
3  WOHLNER KAPLON CUTLER
   HALFORD & ROSENFELD
4  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
5  Encino, California 91436
   Telephone: (818) 501-8030 ext. 331
6  Fax: (818) 501-5306

7  Attorneys for Plaintiffs the Boards of Directors of
   the Motion Picture Industry Pension Plan, the Motion
8  Picture Industry Individual Account Plan, and
   Motion Picture Industry Health Plan

9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12                         (Western Division)
13

| 14 THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN, | Case No. 08-cv-05186-JFW (JWJx) **RENEWAL OF JUDGMENT BY CLERK** |
|---|---|
| Plaintiffs, | |
| v. | |
| TANNIN PRODUCTIONS, INC., a suspended California corporation, | |
| Defendant. | |

24
25       THE JUDGMENT DEBTOR, TANNIN PRODUCTIONS, INC., a
26  suspended California corporation having judgment entered against them on
27  December 9, 2008:
28

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to comply with the production of documents and records and failed to pay the total amount of said judgment and that judgment be renewed as follows:

1. Defendant Tannin Productions is hereby ordered to:

   A. Make available to the Plans all of the books and records concerning the classification of the employees of Defendant, their names, social security numbers, the amount of wages paid to each, and the hours worked, including, but not limited to, Individual Time Cards and/or start slips; Individual payroll ledger; Quarterly returns filed with each state in which work was performed or filed with any other state agency; Accounts Payable/Cash Disbursement Journals (or canceled checks in lieu thereof); Quarterly returns filed with the Federal Government (Form 941); Cash Disbursement Journal; Canceled checks and the check stub register; Invoices and backup for Cash Disbursement Journal, canceled checks and the check stub register; Forms W-2 and W-3; Forms 1096's and 1099's; Workers' compensation carrier reports; General Ledger; Accounts Receivables and such other records as may be necessary in the opinion of the Plans' auditor, and any other records or information that the Plans require to examine for the period of May 8, 2007 to date;

   B. Afford to the Plans both ample time and opportunity to examine all of the Defendant's materials specified above, without harassment, at such time and at such place as shall be convenient to the authorized representative of the Plans;

2. In the event Defendant cannot produce all of the records which the Plans are required to examine, Defendant is ordered to participate in record reconstruction, where Defendant shall have 14 days to:

A.   Apply to the Federal and State agencies with which Defendant previously filed periodic reports pertaining to employees for copies of Defendant's reports to them for the period for which Defendant cannot produce records; and
          B.   Subsequently make available to the Plans all such copies of Defendant's periodic reports to the Federal and State agencies under the conditions set forth in 1(b) above,

     Defendant is further ordered to pay to Plaintiffs;

     3.   $4,280.00 for reasonable attorneys' fees incurred in prosecuting this action;

     4.   $537.69 for costs of suit.

Dated:  August 2    , 2018

_____
CLERK,
UNITED STATES DISTRICT COURT

Presented by:
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD

DATED: July 30, 2018       Kathryn J. Halford
                           WOHLNER KAPLON CUTLER
                           HALFORD & ROSENFELD

                    BY:    /s/ Kathryn J. Halford
                           KATHRYN J. HALFORD
                           Attorneys for Plaintiffs the Boards of
                           Directors of the Motion Picture Industry
                           Pension Plan et al.